AO 106 (Rev. 04/10) Application for a Search Warrant

Case 4:24-mj-00165-BP   Document 1   Filed 03/11/24   Page 1 of 13   PageID 1

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 1 2024

CLERK, U.S. DISTRICT COURT
By: _____ Deputy

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>THE PERSON OF APRIL EVALYN SHORT<br>D.O.B. [redacted]/1993 | ) )<br>) )<br>) )<br>) Case No. 4:24-MJ-165<br><br>**FILED UNDER SEAL** |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
THE PERSON OF APRIL EVALYN SHORT, D.O.B. [redacted]/1993 -- see Attachment A

located in the ____Northern____ District of ____Texas____, there is now concealed *(identify the person or describe the property to be seized)*:
DEOXYRIBONUCLEIC ACID (DNA) -- see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1111(a) | Murder |

The application is based on these facts:
See Attached Affidavit of Special Agent Jeremy P. Green, U.S. Army Criminal Investigations Division

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

S/A Jeremy P. Green, U.S. Army CID
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/11/2024

*Judge's signature*

City and state: Fort Worth, Texas       United States Magistrate Judge Hal R. Ray, Jr.
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE PERSON OF<br><br>**APRIL EVALYN SHORT**<br>**(D.O.B. [redacted]/1993)** | Case No. 4:24-MJ- |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Jeremy P. Green, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application under Rule 41 of the Federal Rules of Criminal Procedure for a warrant to search the person of April Evalyn Short (SUBJECT), as described in Attachment A, and to obtain buccal cell samples from SUBJECT'S saliva and cheek cells for the purpose of deoxyribonucleic acid (DNA) extraction and other forensic analysis, as described in Attachment B.

2. I am a Special Agent with the United States Army Criminal Investigation Division (Army CID) and have been so since 2023. As such, I am an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 of the United States Code. During my employment as an Army CID Agent, I have been assigned to investigate violations of federal law including violations against or involving the property, persons, and interests of the United States

**Affidavit in Support of Application for Search Warrant - Page 1 of 10**

Army, and have also assisted in the investigation of various other violations of federal crimes. I have received training and I have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. Prior to my employment as an Army CID Agent, I was an active-duty Marine CID Agent, during my tenure as a Marine CID Agent, I also served a tour as a Marine Special Agent with the Naval Criminal Investigative Service (NCIS). Prior to becoming a CID Agent, I was a Marine Corps Corrections Officer and subsequently, a Military Police Officer. Prior to my service in the Marine Corps, I was employed as a Jailer at the Obion County Sheriff's Department in Tennessee. I have a combined total of 22 years of law enforcement experience. I am currently assigned to the Army CID Central Texas Field Office, Fort Cavazos, TX.

3. The facts in this affidavit come from the personal observations, training and experience of Special Agent Matthew B. Ehrhart, Army CID Southeast Field Office, Fort Eisenhower Resident Agency, Fort Eisenhower, GA, and information he obtained from other law enforcement officers, witnesses, and records. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all SA Ehrhart's knowledge about this matter.

4. Based on SA Ehrhart's training and experience, the facts as set forth in this affidavit, and the information provided to SA Green by SA Ehrhart, there is probable cause to believe that violation of Title 18 United States Code, §§ 1111(a), murder, has been committed. There is also probable cause to search the SUBJECT for DNA.

**Affidavit in Support of Application for Search Warrant - Page 2 of 10**

Specifically, that evidence of violating 18 United States Code §§ 1111(a) which occurred within the Southern District of Georgia will be contained in SUBJECT'S DNA.

5. SUBJECT is a white female, approximately 5'04" tall, approximately 215 pounds, with brown hair and green eyes. Her date of birth is [redacted], 1993. SUBJECT is currently residing at Federal Medical Center-Carswell of 3000 I Street Fort Worth, TX 76127, which is within the Northern District of Texas.

6. Below is a photograph of SUBJECT. This photograph is an accurate depiction.



7. The court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in Title 18 United States Code § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offenses being investigated, *see* Title 18 United States Code § 2711(3)(A)(i).

Affidavit in Support of Application for Search Warrant - Page 3 of 10

## PROBABLE CAUSE

8. The applied for warrant seeks authorization to collect a DNA sample of SUBJECT to compare to DNA recovered from the crime scene wherein a murder was committed on November 15, 2023 at 803A Apple Court, Fort Eisenhower, GA 30905.

9. 803A Apple Court, Fort Eisenhower, GA 30905 ("RESIDENCE") is a residence located within the boundaries of Fort Eisenhower Army Installation.

10. Fort Eisenhower Army Installation, Georgia ("FEGA") is a federally owned United States Army Installation controlled by permanent security. Only people with appropriate identification are allowed access to the installation.

11. FEGA is protected by Military Police ("MP") and Department of the Army Civilian Police ("DACP") sworn to enforce the laws under the United States Code of Military Justice, Local and State Laws, and appropriate laws under United States Code.

12. FEGA Army CID Special Agents are Federal Agents authorized to investigate violations of the laws of the United States where there is an Army interest. FEGA Army CID Special Agents are empowered to conduct apprehensions/arrests related to the investigation and prevention of crimes on the installation.

13. SUBJECT, is the military dependent spouse of SSG James SHORT (JSHORT), and a resident of Fort Eisenhower Army Installation.

14. MINOR1, MINOR2, and MINOR3, are the minor children of SUBJECT and JSHORT.

15. On November 15, 2023, at approximately 8:01am, while JSHORT was at his place of duty away from his RESIDENCE, he received a text message from the SUBJECT that caused him concern for the well-being of his children. The text message stated, "JAMES. LISTEN TO ME. IT'S HAPPENING. I WASN'T SLEEPWALKING THE OTHER NIGHT. I WASN'T DREAMING. GOD CALLED ON ME TO LOVE HIM AND I ANSWERED. WHATEVER HAPPENS TRUST IN HIM. HE WILL CARRY US THROUGH. ONE GOD ALL MIGHTY AND POWERFUL. THE TRINITY REUNITED IN WAY LIKE NEVER BEFORE. HE IS COMING. WE ARE SAFE. LISTEN TO HIS VOICE. HE WILL TELL YOU HOW TO TAKE CARE OF YOUR SOLDIERS. YOU WILL HAVE TO BARRICADE YOURSELFS INSIDE. THE DAYS OF DARKNESS ARE UPON US. YOU MUST TRUST IN ME LIKE NEVER BEFORE. DO NOT DO NOT GO OUTSIDE NO MATTER WHAT YOU HEAR. MORMONISM IS A LIE. REPENT AND RENOUNCE IT. YOU WERE DECIEVED. BELIEVE IN THE ONE TRUE LIVING GOD. FATHER GOD, JESUS, AND THE HOLY SPIRIT ALL REUNITED IN LOVE. BELIEVE IN HIM LET HIM GUIDE YOU. WE WILL BE TOGETHER AGAIN. I LOVE YOU"

16. At 8:04am JSHORT attempted to call the SUBJECT. JSHORT stated to interviewers he called the SUBJECT in an attempt to determine the situation at his residence, but he was unsuccessful as he was unable to understand what SUBJECT was saying. JSHORT attempted to text the SUBJECT twice at 8:08 and once at 8:11am. However, he did not receive any responses back from the SUBJECT.

At approximately 8:15am, JSHORT departed his place of duty, arrived at the RESIDENCE and discovered SUBJECT barricaded in the main bedroom with all three minor children. JSHORT attempted to enter the main bedroom unsuccessfully.

17. At approximately 9:00am, JSHORT called 911 requesting police assistance at the RESIDENCE.

18. At approximately 9:05am, DACP Officers STACY and RITCHIE, and MP Officer DAWSON arrive at the RESIDENCE. DACP Officer STACY and MP Officer DAWSON enter the RESIDENCE and request SUBJECT to exit the barricaded bedroom. SUBJECT exits the main bedroom and RESIDENCE with MINOR 1 and MINOR 2, enters her vehicle and attempts to leave the scene. DACP Officer STACY ensued a struggle with SUBJECT to prevent SUBJECT from leaving. DACP Officer Stacy drew his duty weapon and SUBJECT complied with commands allowing DACP Officer STACY to detain SUBJECT.

19. At approximately 9:11am, JSHORT and MP Officer DAWSON enter the main bedroom in the RESIDENCE where SUBJECT was barricaded with all three minor children. MP Officer DAWSON and DACP Officer RITCHIE enter the RESIDENCE after hearing JSHORT screaming in distress.

MP Officer DAWSON and DACP Officer RITCHIE enter the bathroom connected to the main bedroom and discover MINOR 3 wrapped in plastic with apparent wounds and bleeding from the neck.

20. At approximately 9:15am, MINOR 3 was transported by ambulance to Dwight D. Eisenhower Army Medical Center.

21. At approximately 9:34am, MINOR 3 was pronounced deceased by the attending physician.

22. At approximately 5:40pm, MINOR 1 and MINOR 2 were forensically interviewed by the Federal Bureau of Investigation ("FBI") pertaining to the above events and the RESIDENCE.

23. During the forensic interview of MINOR 2, MINOR 2 stated that "mom got two knives" and "mom was going to help get" MINOR 3 "to God and Jesus" and SUBJECT said, "don't come into the bathroom because it might be really scary". MINOR 2 stated that SUBJECT had two knives and went into the bathroom. MINOR 2 then stated SUBJECT told MINOR 1 and MINOR 2 that she cut MINOR 3 so that he could "be with Jesus and God". MINOR 2 also stated that SUBJECT threatened to cut MINOR 2 if she didn't stop crying.

24. At approximately 5:08pm, SUBJECT was interviewed by FEGA Army CID and FBI Special Agents. During the interview, SUBJECT provided details admitting to barricading the doors of the main bedroom in the RESIDENCE, wrapping MINOR 3 in a shower curtain in the bathtub in the bathroom connected to the main bedroom and attempted to use a knife to cut MINOR 3's neck.

**Affidavit in Support of Application for Search Warrant - Page 7 of 10**

SUBJECT stated the first knife did not work because it was dull, so SUBJECT used a second knife to cut MINOR 3's neck. SUBJECT admitted to knowing what she did and that it was "Wrong" and "Evil". She stated she watched religious videos on YouTube. SUBJECT further stated that the videos were what led her to believe that the "days of darkness are upon us."

25. JSHORT provided his written consent for CID to conduct an extraction of his cellphone for the text messages and call logs between himself and SUBJECT. The extraction confirmed the above accounts given by JSHORT.

26. On November 15, 2023, agents with the Army CID collected items including but not limited to knives, clothing, and collected swabs from the crime scene.

27. I have learned from my investigative experience that when DNA evidence is transferred by direct or secondary (indirect) means, it remains on surfaces by absorption or adherence. In general, liquid biological evidence is absorbed into surfaces and solid biological evidence adheres to an object. Current DNA tests are so sensitive that they can type the DNA found in samples containing only a few cells. Merely touching an object may leave enough DNA material that a forensic analysis will be able to match the object to the person who touched it.

28. I have also learned from my investigative experience that a person's blood, saliva, sweat, and hair contain DNA that can be used to identify that person. A sample of a person's DNA can be taken in an entirely non-intrusive manner, by simply taking "buccal," or cheek swabs from inside of a person's mouth.

Once a buccal sample is obtained, I have further learned that forensic analysts can compare the DNA profile from the person's buccal swab samples with the DNA profile extracted from physical evidence, to determine whether the known sample, collected from a known person, matches the DNA samples extracted from the physical evidence. It is believed that items recovered when subjected to DNA analysis will show the SUBJECT'S DNA. Additionally, all members of the family, who reside at the RESIDENCE submitted to voluntary DNA collection to identify additional profiles that may be identified during analysis.

29. Thus, I request that the Court issue the proposed search warrant, pursuant to Rule 41 of the Federal Rules of Criminal Procedure.

## AUTHORIZATION REQUEST

30. Based on the foregoing information, as well as my professional training and experience, I submit there is probable cause to believe that violation of Title 18 United States Code § 1111 (a), murder, has been committed and that evidence of that violation is located within the SUBJECT in the form of saliva and cheek cells containing SUBJECT'S DNA.

Therefore, I seek this search warrant to allow the collection of SUBJECT'S DNA using a minimally intrusive tool such as buccal [oral] swabs.

Jeremy P. Green
Special Agent
U.S. Army Criminal Investigations Division

Sworn to and subscribed before me this **11TH** day of March 2024, at **1:28** _____ p.m., in Fort Worth, Texas.

HAL R. RAY, JR.
UNITED STATES MAGISTRATE JUDGE

Affidavit in Support of Application for Search Warrant - Page 10 of 10

## ATTACHMENT A

The place to be searched is the person described as follows:

1. April Evalyn SHORT (SUBJECT) is a white female, approximately 5'04" tall, approximately 215 pounds, with brown hair and green eyes. Her date of birth is [redacted], 1993. SUBJECT is currently at Federal Medical Center-Carswell of 3000 I Street Fort Worth, TX 76127, which is within the Northern District of Texas.



**Attachment A**

## ATTACHMENT B

Items to be seized are as follows:

This warrant authorizes federal law enforcement personnel to obtain buccal cell samples from the person of Aril Evalyn SHORT (described in Attachment A) for purposes of DNA extraction and other forensic analysis.

**Attachment B**